# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEANA EDDINGS, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-01201-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF THE ACTION FOR FAILURE TO PAY THE FILING FEE<br><br>[ECF Nos. 2, 3] |

      Plaintiff Steven Wayne Bonilla is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the instant complaint on August 31, 2018. Plaintiff did not pay the $400.00 filing fee or file an application to proceed in forma pauperis in this action. Nonetheless, Plaintiff is not entitled to in forma pauperis status because he has three or more prior actions dismissed as frivolous or for failure to state a claim.

      Therefore, on September 10, 2018, the Court issued an order directing Plaintiff to either pay the $400.00 filing fee in full or show cause why the action should not be dismissed. (ECF No. 2.) Plaintiff filed a response on September 27, 2018. Plaintiff's response does not address the fact that he has suffered three or more strikes or why he has failed to submit the filing fee. Accordingly, the instant action is subject to dismissal.

1

As outlined in the Court's September 10, 2018 order, Plaintiff has suffered the following strikes: (1) <u>Bonilla v. Santa Barbara Cty.</u>, Case No. 2:18-cv-00988-DMG-JPR (C.D. Cal.) (dismissed on February 13, 2018, as frivolous, malicious, and for failure to state a claim); (2) <u>Bonilla v. Alameda Cty. Prosecutor Jon Goodfellows</u>, Case No. 2:18-cv-00685-DMG-JPR (C.D. Cal. (dismissed on February 5, 2018, as frivolous, malicious, and for failure to state a claim); (3) <u>Bonilla v. Unknown</u>, Case No. 2:17-cv-07757-DMG-JPR (C.D. Cal.) (dismissed on October 27, 2017, as frivolous, malicious, and for failure to state a claim); and (4) <u>Bonilla v. State of Cal.</u>, Case No. 4:11-cv-02654-CW (N.D. Cal.) (dismissing 13 civil rights actions on June 13, 2011, for failure to state a claim). (ECF No. 2.)  Because Plaintiff has had three or more actions dismissed as frivolous, malicious, or failure to state a claim, he is not entitled to proceed in forma pauperis in this action absent allegations of imminent danger of serious physical injury.  28 U.S.C. § 1915(g).

A review of the complaint demonstrates that Plaintiff challenges his Alameda County criminal conviction on the grounds that exculpatory evidence was not disclosed and the prosecutor committed misconduct.  Accordingly, Plaintiff has not established an exception to the three-strikes rule barring him from in forma pauperis status.

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. The instant action be dismissed, without prejudice, to re-filing upon the pre-payment of filing fees; and

2. The Clerk of Court is directed to randomly assign a District Judge to this action

///
///
///
///
///
///
///
///
///

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with this Findings and Recommendation, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **September 28, 2018**

UNITED STATES MAGISTRATE JUDGE